Ex. C to McCrary Declaration

# THE GARDNER FIRM, P.C.
### LAWYERS

J. CECIL GARDNER*
MARY E. OLSEN*†
M. VANCE McCRARY*
REGGIE COPELAND, JR*
S. RUSS COPELAND*
WILLIAM F. PATTY*
DAVID C. TUFTS
THOMAS M. LOPER‡

210 SOUTH WASHINGTON AVENUE
POST OFFICE DRAWER 3103
MOBILE, ALABAMA 36652
PHONE (251) 433-8100
FACSIMILE (251) 433-8181

WWW.THEGARDNERFIRM.COM

OF COUNSEL:
SAM HELDMAN‡
HILARY E. BALL‡_
BRIAN AUSTIN OAKES

*MEMBERS OF THE FIRM
†ALSO ADMITTED IN FLORIDA
_ALSO ADMITTED IN U.S. DISTRICT COURT
DISTRICT OF PUERTO RICO
‡ALSO ADMITTED IN DISTRICT OF COLUMBIA

Federal Tax ID # 64-0717201

September 19, 2016

WARN ACT

Invoice #    45472
Client No.   6500
Matter No.   0125

RE:   Infinite Care, Inc. - WARN Act

| | |
|---|---|
| Previous balance | $0.00 |
| Payments applied | 0.00 |
| Adjustments applied | 0.00 |
| | -------------------- |
| Balance forward | $0.00 |
| Current Charges | $127,857.18 |
| | -------------------- |
| New Balance Due | $127,857.18 |

Professional services

| Date | | | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/15 | MEO | Conference with co-counsel; research Infinite Care; look for info regarding layoffs and/or closing. | 2.00 | 550.00 /hr | 1,100.00 |
| 04/02/15 | MEO | Research additional info regarding layoffs and/or closing. | 1.00 | 550.00 /hr | 550.00 |

WASHINGTON OFFICE:
2805 31ST STREET NORTH WEST
WASHINGTON, DISTRICT OF COLUMBIA 20008
PHONE (202) 965-8884
FACSIMILE (202) 318-2445

MONTGOMERY OFFICE:
325 NORTH HULL STREET
POST OFFICE BOX 991
MONTGOMERY, ALABAMA 36101
PHONE (334) 416-8212
FACSIMILE (334) 265-7134

BIRMINGHAM OFFICE:
1117 22ND STREET SOUTH
BIRMINGHAM, ALABAMA 35213
PHONE (205) 552-6801
FACSIMILE (205) 933-9063



WARN ACT CASES - REFERRED                     Invoice# 45472          Page 2

| 04/06/15 | MEO | Review file; conference with co-counsel. | 1.50 | 550.00 /hr | 825.00 |
|---|---|---|---|---|---|
| 04/07/15 | MEO | Review file; review complaint; conference with co-counsel | 1.00 | 550.00 /hr | 550.00 |
| 04/10/15 | MEO | Follow with co-counsel regarding potential causes of action and strategy in general. | 1.00 | 550.00 /hr | 550.00 |
| 04/21/15 | MEO | Review/revise draft amended complaint. | 0.70 | 550.00 /hr | 385.00 |
| 04/21/15 | MEO | Further research into causes of action. | 2.00 | 550.00 /hr | 1,100.00 |
| 04/21/15 | MEO | Conference with co-counsel; still more research. | 1.50 | 550.00 /hr | 825.00 |
| 04/23/15 | MEO | Review/revise draft amended complaint; conference with co-counsel. | 2.00 | 550.00 /hr | 1,100.00 |
| 04/30/15 | MEO | Conference with co-counsel regarding summons, etc. | 0.20 | 550.00 /hr | 110.00 |
| 06/03/15 | MEO | Conference with co-counsel regarding call from Steven Ludwig who will be appearing and request for time to answer. | 0.30 | 550.00 /hr | 165.00 |
| 06/03/15 | MEO | Telephone call from Steven Ludwig who will be representing defendant and requested extension of time to answer. | 0.20 | 550.00 /hr | 110.00 |
| 06/04/15 | MEO | Receipt and review of Judge's Order regarding need to request default; conference with co-counsel regarding same. | 0.20 | 550.00 /hr | 110.00 |
| 06/04/15 | MEO | Email to Steven Ludwig. | 0.10 | 550.00 /hr | 55.00 |

WARN ACT CASES - REFERRED                     Invoice# 45472          Page 3

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/04/15 | MVM | Conference with MEO regarding Court's Order entered today. | 0.10 | 500.00 /hr | 50.00 |
| 06/05/15 | MEO | Email to Steven Ludwig regarding Judge's Order wanting us to default defendant. | 0.10 | 550.00 /hr | 55.00 |
| 06/05/15 | MEO | Call with Steven Ludwig regarding Judge's Order regarding default. | 0.20 | 550.00 /hr | 110.00 |
| 06/05/15 | MEO | Conference with co-counsel regarding telephone call with Ludwig and Judge's Order regarding default. | 0.30 | 550.00 /hr | 165.00 |
| 06/09/15 | MEO | Email to co-counsel regarding 4 week extension given to Ludwig to file answer; instructions to Vance McCrary specifically regarding strategies going forward and him to follow up with Ludwig. | 0.50 | 550.00 /hr | 275.00 |
| 06/10/15 | MVM | Email to local counsel regarding electronic filings and NOA by Steven Ludwig. | 0.20 | 500.00 /hr | 100.00 |
| 06/10/15 | MVM | Telephone call with Steven Ludwig. | 0.20 | 500.00 /hr | 100.00 |
| 06/10/15 | MVM | Email to co-counsel regarding service issue. | 0.20 | 500.00 /hr | 100.00 |
| 07/01/15 | MVM | Working on PHV motions. | 0.50 | 500.00 /hr | 250.00 |
| 07/07/15 | MVM | Receipt and review of Defendant's Answer to Plaintiffs' Complaint. | 0.30 | 500.00 /hr | 150.00 |
| 07/09/15 | MVM | Receipt and review of Notice of Appearance by Franz Espanol. | 0.10 | 500.00 /hr | 50.00 |
| 07/15/15 | MVM | Conference with co-counsel regarding upcoming conference with Court. | 0.30 | 500.00 /hr | 150.00 |

WARN ACT CASES - REFERRED                                Invoice# 45472          Page 4

| 07/16/15 | MVM | Receipt and review of initial disclosures from defendant. | 0.40 | 500.00 /hr | 200.00 |
| 07/17/15 | MVM | Conference with defense counsel regarding all issues. | 0.40 | 500.00 /hr | 200.00 |
| 07/20/15 | MVM | Working on Rule 26 Report. | 0.80 | 500.00 /hr | 400.00 |
| 07/20/15 | MVM | Reviewing information given to us by Plaintiffs; review entire file. | 1.50 | 500.00 /hr | 750.00 |
| 07/21/15 | MVM | Emails with plaintiff. | 0.30 | 500.00 /hr | 150.00 |
| 07/21/15 | MVM | Working on Rule 26 Report. | 0.30 | 500.00 /hr | 150.00 |
| 07/21/15 | MVM | Telephone call with Jessica Rodriguez. | 0.30 | 500.00 /hr | 150.00 |
| 08/01/15 | MEO | Conference with MVM regarding discovery strategy. | 0.50 | 550.00 /hr | 275.00 |
| 08/01/15 | MEO | Conference again with MVM about discovery strategy. | 0.50 | 550.00 /hr | 275.00 |
| 08/01/15 | MVM | Work on discovery strategy with Mary Olsen. | 0.50 | 500.00 /hr | 250.00 |
| 08/02/15 | MVM | More discovery strategy with Mary Olsen. | 0.50 | 500.00 /hr | 250.00 |
| 08/05/15 | MVM | Email to Steven Ludwig requesting various categories of info. | 0.30 | 500.00 /hr | 150.00 |
| 08/05/15 | MVM | Receipt and review of Scheduling Order from Court; calendar all items. | 0.40 | 500.00 /hr | 200.00 |
| 08/10/15 | MVM | Working on draft of first interrogatories and requests for production of documents; review file. | 5.00 | 500.00 /hr | 2,500.00 |
| 08/11/15 | MVM | Work on draft discovery requests to defendant. | 2.50 | 500.00 /hr | 1,250.00 |

WARN ACT CASES - REFERRED                          Invoice# 45472          Page 5

| 08/12/15 | MVM | Making final edits to draft discovery to defendant; sending same to defendant. | 3.00 | 500.00 /hr | 1,500.00 |
| 08/18/15 | MEO | Conference with MVM regarding all issues. | 0.70 | 550.00 /hr | 385.00 |
| 08/18/15 | MVM | Conference with co-counsel regarding all issues. | 0.70 | 500.00 /hr | 350.00 |
| 08/18/15 | DCT | Research; email cases to MVM. | 2.00 | 300.00 /hr | 600.00 |
| 08/19/15 | MVM | Email from defense with instructions for call. | 0.10 | 500.00 /hr | 50.00 |
| 08/20/15 | MVM | Call with defense. | 0.20 | 500.00 /hr | 100.00 |
| 08/21/15 | MEO | Conference with MVM about plea agreement. | 0.50 | 550.00 /hr | 275.00 |
| 08/21/15 | MVM | Discuss plea agreement with co-counsel. | 0.50 | 500.00 /hr | 250.00 |
| 08/21/15 | MVM | Receipt and review of plea agreement from criminal proceedings. | 0.40 | 500.00 /hr | 200.00 |
| 08/25/15 | MVM | Telephone calls with former employees. | 0.50 | 500.00 /hr | 250.00 |
| 09/14/15 | MVM | Review file. | 3.50 | 500.00 /hr | 1,750.00 |
| 09/15/15 | MVM | Telephone call with plaintiff. | 0.50 | 500.00 /hr | 250.00 |
| 09/21/15 | MVM | Work on subpoena to Pennsylvania Department of Labor. | 0.40 | 500.00 /hr | 200.00 |
| 09/21/15 | MVM | Email all counsel copying them with subpoena to Pennsylvania Department of Labor. | 0.20 | 500.00 /hr | 100.00 |

WARN ACT CASES - REFERRED                                Invoice# 45472          Page 6

| Date | | Description | | | |
|---|---|---|---|---|---|
| 09/22/15 | MVM | Receipt and review of email from Deputy Chief Counsel, Rich Lengler, regarding subpoena. | 0.20 | 500.00 /hr | 100.00 |
| 09/22/15 | MVM | Emails back and forth with defense regarding various issues. | 0.30 | 500.00 /hr | 150.00 |
| 09/23/15 | MVM | Emails back and forth with Rich Lengler regarding subpoena. | 0.20 | 500.00 /hr | 100.00 |
| 09/24/15 | MVM | Receipt and review of defendant's responses to plaintiffs; interrogatories and requests for production. | 3.50 | 500.00 /hr | 1,750.00 |
| 09/24/15 | MVM | Further review of defendant's discovery responses. | 3.00 | 500.00 /hr | 1,500.00 |
| 09/25/15 | MVM | Receipt and review of documents from defense. | 5.00 | 500.00 /hr | 2,500.00 |
| 09/30/15 | MVM | Conference call with Neil Mahalingam at Pennsylvania Department of Labor regarding subpoena. | 0.40 | 500.00 /hr | 200.00 |
| 09/30/15 | MVM | Email from Neil Mahalingam regarding inventory log, privileges ad follow up meeting; calendaring dates discussed therein. | 0.30 | 500.00 /hr | 150.00 |
| 09/30/15 | MVM | Working on Confidentiality Agreement. | 0.50 | 500.00 /hr | 250.00 |
| 10/01/15 | MVM | Receipt and review of Protective Order. | 0.30 | 500.00 /hr | 150.00 |
| 10/06/15 | MVM | Working on subpoena to Pennsylvania Department of Human Services for documents related to suspension of Medicaid Medical Assistance payments to Infinite Care. | 1.00 | 500.00 /hr | 500.00 |

WARN ACT CASES - REFERRED                        Invoice# 45472        Page 7

| Date | | Description | | | |
|---|---|---|---|---|---|
| 10/06/15 | MVM | Receipt and review of additional document production from defendant. | 2.00 | 500.00 /hr | 1,000.00 |
| 10/09/15 | MVM | Email to defense regarding additional document production beyond current production. | 0.20 | 500.00 /hr | 100.00 |
| 10/09/15 | MVM | work on subpoena to Pennsylvania Department of Human Services. | 0.50 | 500.00 /hr | 250.00 |
| 10/09/15 | MVM | Email to all counsel regarding subpoena to Department of Human Services. | 0.30 | 500.00 /hr | 150.00 |
| 10/10/15 | MVM | Further review of documents produced by defense to date. | 2.00 | 500.00 /hr | 1,000.00 |
| 10/13/15 | MVM | Email from defense regarding Gary Charnis' emails and roughly 20,000 documents. | 0.10 | 500.00 /hr | 50.00 |
| 10/14/15 | MVM | Email to defense regarding Gary Charnis' emails and documents. | 0.10 | 500.00 /hr | 50.00 |
| 10/19/15 | MVM | Email from defense regarding method of exchange for Gary Charnis' emails and documents. | 0.10 | 500.00 /hr | 50.00 |
| 10/20/15 | MVM | Receipt and review of inventory from Pennsylvania Department of Labor. | 0.50 | 500.00 /hr | 250.00 |
| 10/22/15 | MVM | Email to defense counsel regarding call to Pennsylvania Department of Labor. | 0.10 | 500.00 /hr | 50.00 |
| 10/22/15 | MVM | Email to defense regarding method of exchange for Gary Charnis documents. | 0.10 | 500.00 /hr | 50.00 |
| 10/22/15 | MVM | Email from defense regarding estimated size of Charnis documents. | 0.10 | 500.00 /hr | 50.00 |

WARN ACT CASES - REFERRED                              Invoice# 45472          Page 8

| | | | | | |
|---|---|---|---|---|---|
| 10/22/15 | MVM | Email and call to Doug Greene at Legal Imaging regarding size of Charnis documents, hosting, etc. | 0.40 | 500.00 /hr | 200.00 |
| 10/22/15 | MVM | Email from Doug Greene at Legal Imaging regarding Charnis documents, etc. | 0.10 | 500.00 /hr | 50.00 |
| 10/23/15 | MVM | Email from defense regarding call to Pennsylvania Department of Labor. | 0.10 | 500.00 /hr | 50.00 |
| 10/23/15 | MVM | Email to defense regarding database platform we'll be using to host documents, etc. | 0.10 | 500.00 /hr | 50.00 |
| 10/23/15 | MVM | Follow up call with Doug Greene at Legal Imaging regarding additional document production. | 0.30 | 500.00 /hr | 150.00 |
| 10/26/15 | MVM | Email to Neil Mahalingam regarding follow up call to discuss subpoena and their document production. | 0.20 | 500.00 /hr | 100.00 |
| 10/26/15 | MVM | Email from Neil Mahalingam regarding follow up call. | 0.10 | 500.00 /hr | 50.00 |
| 10/26/15 | MVM | Email from defense regarding my request for native files instead of TIFF's. | 0.10 | 500.00 /hr | 50.00 |
| 10/26/15 | MVM | Email to defense regarding native file versus TIFF. | 0.10 | 500.00 /hr | 50.00 |
| 10/26/15 | MVM | Email to and phone call with Doug Greene at Legal imaging regarding native file versus TIFF. | 0.30 | 500.00 /hr | 150.00 |
| 10/26/15 | MVM | Email from Doug Greene at Legal Imaging regarding native file versus TIFF. | 0.20 | 500.00 /hr | 100.00 |

WARN ACT CASES - REFERRED                                    Invoice# 45472           Page 9

| 10/27/15 | MVM | Email from defense regarding exchange of additional document production. | 0.10 | 500.00 /hr | 50.00 |
| 10/27/15 | MVM | Email to defense regarding additional custodians beyond Charnis and deposition schedule. | 0.10 | 500.00 /hr | 50.00 |
| 10/27/15 | MVM | Email to Doug Greene at Legal Imaging regarding anticipated additional document production. | 0.10 | 500.00 /hr | 50.00 |
| 10/28/15 | MVM | Emails back and forth with Neil Mahalingam regarding follow up call. | 0.20 | 500.00 /hr | 100.00 |
| 10/28/15 | MVM | Call With neil Mahalingam regarding subpoena to Department. | 0.30 | 500.00 /hr | 150.00 |
| 10/29/15 | MVM | Receipt of link to Charnis emails and roughly 20,000 documents. | 0.20 | 500.00 /hr | 100.00 |
| 10/30/15 | MVM | Emails and phone calls with Doug Greene at Legal Imaging regarding link to new documents. | 0.40 | 500.00 /hr | 200.00 |
| 11/02/15 | MVM | Emails to defense regarding trouble logging on to Kiteworks. | 0.20 | 500.00 /hr | 100.00 |
| 11/03/15 | MVM | Telephone call with defense counsel regarding various discovery issues; email recapping conversation. | 0.30 | 500.00 /hr | 150.00 |
| 11/04/15 | MVM | Email from Doug Greene at Legal Imaging regarding upload of recently produced documents to On Demand. | 0.20 | 500.00 /hr | 100.00 |
| 11/04/15 | MVM | Initial look at docs uploaded to On Demand. | 2.00 | 500.00 /hr | 1,000.00 |
| 11/04/15 | MVM | Emails with defense counsel regarding deposition schedule. | 0.30 | 500.00 /hr | 150.00 |

WARN ACT CASES - REFERRED                                    Invoice# 45472          Page 10

| Date | | Description | Hours | Rate | Amount |
|------|---|-------------|-------|------|--------|
| 11/08/15 | MVM | Email to defense counsel regarding deposition schedule. | 0.20 | 500.00 /hr | 100.00 |
| 11/11/15 | MVM | Receipt and initial review of documents responsive to subpoena to Pennsylvania Department of Human Services. | 3.50 | 500.00 /hr | 1,750.00 |
| 11/11/15 | MVM | Email to defense counsel regarding receipt of documents from Department of Human Services. | 0.30 | 500.00 /hr | 150.00 |
| 11/11/15 | MVM | Receipt of boxes of documents and two thumb drives from Pennsylvania Department of Labor in response to my subpoena. | 1.00 | 500.00 /hr | 500.00 |
| 11/11/15 | MVM | Email to defense counsel regarding documents and thumb drives received from Pennsylvania Department of Labor. | 0.20 | 500.00 /hr | 100.00 |
| 11/11/15 | MVM | Further review of documents from Pennsylvania Department of Labor. | 1.50 | 500.00 /hr | 750.00 |
| 11/12/15 | MVM | Continue review of docs produced by Pennsylvania Department of Human Services; begin work on comprehensive timeline and significant events. | 2.50 | 500.00 /hr | 1,250.00 |
| 11/13/15 | MVM | Work on responses to defendant's discovery requests. | 1.80 | 500.00 /hr | 900.00 |
| 11/16/15 | MVM | Continue review of Department of Human Services documents and work on timeline. | 3.00 | 500.00 /hr | 1,500.00 |
| 11/16/15 | MVM | Work on Plaintiff's responses to defendant's discovery requests. | 2.00 | 500.00 /hr | 1,000.00 |

WARN ACT CASES - REFERRED                          Invoice# 45472          Page 11

| 11/17/15 | MVM | Work on responses to defendant's discovery requests; telephone calls with plaintiff; email to plaintiff. | 1.50 | 500.00 /hr | 750.00 |
| 11/18/15 | MVM | Draft letters to plaintiffs. | 0.40 | 500.00 /hr | 200.00 |
| 11/19/15 | MVM | Telephone call with Plaintiff; working on final edits to discovery responses. | 1.00 | 500.00 /hr | 500.00 |
| 11/23/15 | MVM | Review of documents produced by defendant. | 4.50 | 500.00 /hr | 2,250.00 |
| 11/25/15 | MVM | Review documents produced by Pennsylvania Department of Labor. | 3.00 | 500.00 /hr | 1,500.00 |
| 11/25/15 | MVM | Review of documents produced by defendant. | 5.50 | 500.00 /hr | 2,750.00 |
| 11/27/15 | MVM | Receipt and review of documents from Jessica Rodriguez. | 0.50 | 500.00 /hr | 250.00 |
| 11/27/15 | MVM | Telephone call with Jessica Rodriguez. | 0.40 | 500.00 /hr | 200.00 |
| 11/30/15 | MVM | Reviewing documents produced by defendant. | 2.00 | 500.00 /hr | 1,000.00 |
| 12/01/15 | MVM | Working on WARN damage calculation. | 3.00 | 500.00 /hr | 1,500.00 |
| 12/01/15 | MVM | Email to Ashley White regarding defendant's discovery requests. | 0.30 | 500.00 /hr | 150.00 |
| 12/01/15 | MVM | Email from defense. | 0.10 | 500.00 /hr | 50.00 |
| 12/01/15 | MVM | Call with defense. | 0.20 | 500.00 /hr | 100.00 |
| 12/02/15 | MVM | Continue work on WARN damage calculation. | 2.00 | 500.00 /hr | 1,000.00 |
| 12/02/15 | MVM | Review documents produced by defendant. | 5.00 | 500.00 /hr | 2,500.00 |

WARN ACT CASES - REFERRED                                   Invoice# 45472            Page 12

| 12/02/15 | MVM | Emails/phone calls with Doug Greene at Legal Imaging about question/issue with hosted documents. | 0.40 | 500.00 /hr | 200.00 |
| 12/03/15 | MVM | Telephone call and emails with Jessica Rodriguez. | 0.40 | 500.00 /hr | 200.00 |
| 12/03/15 | MVM | Email to Ashley White. | 0.20 | 500.00 /hr | 100.00 |
| 12/03/15 | MVM | Review documents produced by defendant. | 3.00 | 500.00 /hr | 1,500.00 |
| 12/04/15 | MVM | Telephone call, email, fax with Jessica Rodriguez. | 0.50 | 500.00 /hr | 250.00 |
| 12/05/15 | MVM | Draft/send letter and email to Ashley White. | 0.50 | 500.00 /hr | 250.00 |
| 12/08/15 | MVM | Email from defense regarding settlement conference. | 0.10 | 500.00 /hr | 50.00 |
| 12/10/15 | MVM | Review of documents produced by Pennsylvania Department of Labor. | 2.50 | 500.00 /hr | 1,250.00 |
| 12/10/15 | MVM | Email to defense regarding settlement conference. | 0.10 | 500.00 /hr | 50.00 |
| 12/17/15 | MVM | Review documents sent to me from former employee. | 0.50 | 500.00 /hr | 250.00 |
| 12/17/15 | MVM | Receipt and review letter to Judge Quinones - Alejandro regarding request to extend deadlines. | 0.20 | 500.00 /hr | 100.00 |
| 12/21/15 | MVM | Email to defense regarding stip to dismiss White and Harris. | 0.10 | 500.00 /hr | 50.00 |
| 12/21/15 | MVM | Receipt and review of email from Judge's Law Clerk regarding request to extend deadlines and need for motion. | 0.10 | 500.00 /hr | 50.00 |

WARN ACT CASES - REFERRED

Invoice# 45472          Page 13

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/21/15 | MVM | Email from defense counsel regarding email from Judge's Law Clerk. | 0.10 | 500.00 /hr | 50.00 |
| 12/21/15 | MVM | Drafting and circulating to other counsel Joint Motion to Extend Deadlines and Proposed Order. | 0.50 | 500.00 /hr | 250.00 |
| 12/22/15 | MVM | Email to Plaintiff regarding settlement conference. | 0.10 | 500.00 /hr | 50.00 |
| 12/22/15 | MVM | Telephone call Plaintiff. | 0.20 | 500.00 /hr | 100.00 |
| 12/22/15 | MVM | Emails from defense counsel regarding Joint Motion to Extend Deadlines. | 0.30 | 500.00 /hr | 150.00 |
| 12/22/15 | MVM | Work on motion to modify scheduling order in light of upcoming mediation. | 0.30 | 500.00 /hr | 150.00 |
| 12/22/15 | MVM | Receipt and review of Revised Scheduling Order from Court. | 0.20 | 500.00 /hr | 100.00 |
| 01/04/16 | MVM | Email with defense counsel. | 0.20 | 500.00 /hr | 100.00 |
| 01/04/16 | MVM | Further review of document production in case. | 2.50 | 500.00 /hr | 1,250.00 |
| 01/07/16 | MVM | Review document production. | 4.00 | 500.00 /hr | 2,000.00 |
| 01/07/16 | MVM | Email to plaintiff. | 0.10 | 500.00 /hr | 50.00 |
| 01/09/16 | MVM | Review document production and outline demand to defense. | 5.00 | 500.00 /hr | 2,500.00 |
| 01/09/16 | MVM | Telephone call with Plaintiff. | 0.30 | 500.00 /hr | 150.00 |
| 01/11/16 | MVM | Review file and documents production and draft demand to defense. | 3.00 | 500.00 /hr | 1,500.00 |
| 01/12/16 | MVM | Conference with co-counsel regarding demand. | 0.30 | 500.00 /hr | 150.00 |

WARN ACT CASES - REFERRED                                        Invoice# 45472              Page 14

| Date | Atty | Description | Hours | Rate | | Amount |
|------|------|-------------|-------|------|--|--------|
| 01/12/16 | MVM | Finish demand and send to Steven Ludwig. | 2.00 | 500.00 | /hr | 1,000.00 |
| 01/13/16 | MVM | Email to co-counsel regarding case in general. | 0.20 | 500.00 | /hr | 100.00 |
| 01/15/16 | MVM | Telephone call with former employee; review documents provided. | 0.40 | 500.00 | /hr | 200.00 |
| 01/19/16 | MVM | Conference with co-counsel regarding settlement conference. | 0.30 | 500.00 | /hr | 150.00 |
| 01/21/16 | MVM | Working on submission to Judge Hey - reviewing file. | 2.00 | 500.00 | /hr | 1,000.00 |
| 01/22/16 | MVM | Review file; finish submission to Judge Hey. | 1.50 | 500.00 | /hr | 750.00 |
| 01/22/16 | MVM | Telephone call with Stuart Miller regarding mediation and submission to Judge Hey. | 1.50 | 500.00 | /hr | 750.00 |
| 01/22/16 | MVM | Emails back and forth with Plaintiff. | 0.40 | 500.00 | /hr | 200.00 |
| 01/23/16 | MVM | Review file and document production in prep for 01/28/16 settlement conference; research various issues. | 3.00 | 500.00 | /hr | 1,500.00 |
| 01/24/16 | MVM | Research various issues; review file/documents in preparation for 01/28/16 settlement conference. | 2.50 | 500.00 | /hr | 1,250.00 |
| 01/25/16 | MVM | Telephone call with Stuart Miller regarding mediation. | 0.50 | 500.00 | /hr | 250.00 |
| 01/25/16 | MVM | Telephone call with Plaintiff. | 0.30 | 500.00 | /hr | 150.00 |
| 01/26/16 | MEO | Conference with MVM regarding upcoming mediation. | 1.50 | 550.00 | /hr | 825.00 |
| 01/26/16 | MVM | Meet with MEO regarding all issues in preparation for 01/28/16 mediation. | 1.50 | 500.00 | /hr | 750.00 |

WARN ACT CASES - REFERRED                                      Invoice# 45472          Page 15

| 01/26/16 | MVM | Email with Steven Ludwig regarding settlement conference. | 0.10 | 500.00 /hr | 50.00 |
|----------|-----|------------------------------------------------|------|------------|-------|
| 01/26/16 | MVM | Preparation for 01/28/16 mediation. | 3.00 | 500.00 /hr | 1,500.00 |
| 01/27/16 | MVM | Travel to Philadelphia for mediation. | 6.00 | 500.00 /hr | 3,000.00 |
| 01/27/16 | MVM | Meeting with client in preparation for mediation. | 1.50 | 500.00 /hr | 750.00 |
| 01/28/16 | MVM | Receipt and review of email from Steven Ludwig containing agreement between Pennsylvania Department of Labor & Industry and Infinite Care dated 01/27/16. | 0.50 | 500.00 /hr | 250.00 |
| 01/28/16 | MVM | Meet with client; prepare for mediation. | 1.50 | 500.00 /hr | 750.00 |
| 01/28/16 | MVM | In mediation; conference with co-counsel and plaintiff following mediation. | 5.00 | 500.00 /hr | 2,500.00 |
| 01/28/16 | MVM | Travel from Philadelphia from mediation. | 5.00 | 500.00 /hr | 2,500.00 |
| 01/29/16 | MVM | Telephone call and emails with Doug Greene to hibernate the document hosting site in this case. | 0.40 | 500.00 /hr | 200.00 |
| 02/01/16 | MVM | Emails to/from Steven Ludwig. | 0.30 | 500.00 /hr | 150.00 |
| 02/03/16 | MVM | Conference call with Judge Hey and all parties regarding developments since mediation. | 0.30 | 500.00 /hr | 150.00 |
| 02/10/16 | MVM | Emails back and forth with Doug Greene regarding hibernating document hosting site. | 0.40 | 500.00 /hr | 200.00 |
| 02/16/16 | MVM | Working on draft settlement agreement. | 4.00 | 500.00 /hr | 2,000.00 |

WARN ACT CASES - REFERRED                    Invoice# 45472          Page 16

| Date | | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/17/16 | MVM | Making final edits to settlement agreement; email to defense counsel regarding settlement agreement. | 1.30 | 500.00 /hr | 650.00 |
| 02/17/16 | MVM | Working on Motion to Approve Settlement Agreement, Class Notice, Preliminary Approval Order and Final Approval Order. | 5.00 | 500.00 /hr | 2,500.00 |
| 02/18/16 | MVM | working on Joint Motion to Approve Settlement Agreement, Proposed Class Notice, Proposed Preliminary Approval Order and Final Approval Order. | 6.00 | 500.00 /hr | 3,000.00 |
| 02/19/16 | MVM | Working on settlement papers; send same to defense counsel. | 2.50 | 500.00 /hr | 1,250.00 |
| 02/24/16 | MVM | Receipt and review of defense counsel's edits to settlement papers. | 1.50 | 500.00 /hr | 750.00 |
| 02/25/16 | MVM | Further review of defense edits to settlement papers. | 1.00 | 500.00 /hr | 500.00 |
| 02/29/16 | MVM | Review file; prepare for tomorrow phone call with Judge Hey. | 0.50 | 500.00 /hr | 250.00 |
| 03/01/16 | MVM | Follow up call with Judge Hey to discuss progress documenting settlement. | 0.20 | 500.00 /hr | 100.00 |
| 03/09/16 | MVM | Receipt and review of complete list of class members from defense counsel. | 0.50 | 500.00 /hr | 250.00 |
| 03/11/16 | MVM | Email defense counsel regarding list of class members; initial review of list received from defense. | 1.00 | 500.00 /hr | 500.00 |
| 03/21/16 | MVM | Further review of list of class members received from defense. email defense regarding same; set up time to conference. | 1.30 | 500.00 /hr | 650.00 |

WARN ACT CASES - REFERRED                              Invoice# 45472          Page 17

| 03/23/16 | MVM | Emails back and forth with defense counsel regarding list of class members. | 0.30 | 500.00 /hr | 150.00 |
| 03/24/16 | MVM | Emails with defense regarding list of class members. | 0.20 | 500.00 /hr | 100.00 |
| 03/25/16 | MVM | Telephone call with defense counsel regarding list of class members received 03/09/16. | 0.30 | 500.00 /hr | 150.00 |
| 03/28/16 | MVM | Email to defense regarding need to conference and wrap up settlement papers. | 0.20 | 500.00 /hr | 100.00 |
| 03/29/16 | MVM | Call with defense counsel to wrap up items needing attention before filing settlement papers. | 0.30 | 500.00 /hr | 150.00 |
| 03/29/16 | MVM | Receipt and review of email from Judge Hey's law clerk. | 0.10 | 500.00 /hr | 50.00 |
| 03/29/16 | MVM | Working on Exhibit A to the Settlement Agreement. | 2.00 | 500.00 /hr | 1,000.00 |
| 03/30/16 | MVM | Working to make final the full set of settlement papers in an agreed upon form to be filed tomorrow. | 4.00 | 500.00 /hr | 2,000.00 |
| 03/31/16 | MVM | Filing full set of settlement papers. | 0.80 | 500.00 /hr | 400.00 |
| 04/05/16 | MVM | Receipt and review of Order preliminarily approving settlement agreement. | 0.30 | 500.00 /hr | 150.00 |
| 04/18/16 | MVM | Email with defense counsel regarding issue with preliminary approval order which may need to be modified. | 0.20 | 500.00 /hr | 100.00 |
| 04/18/16 | MVM | Working with defense counsel on an Amended Preliminary Approval Order. | 0.50 | 500.00 /hr | 250.00 |

WARN ACT CASES - REFERRED                          Invoice# 45472          Page 18

| Date | | Description | | | |
|------|------|------|------|------|------|
| 04/18/16 | MVM | Letter to Court regarding need for an Amended Preliminary Approval Order. | 0.30 | 500.00 /hr | 150.00 |
| 04/21/16 | MVM | Working on class notice to be mailed out tomorrow to settlement class members. | 1.00 | 500.00 /hr | 500.00 |
| 04/21/16 | MVM | Receipt and review of Amended Preliminary Approval Order entered today. | 0.20 | 500.00 /hr | 100.00 |
| 04/22/16 | MVM | Working to make sure class notices are final and ready to be mailed out. | 1.30 | 500.00 /hr | 650.00 |
| 04/25/16 | MVM | Receipt and review of CAFA notices from defense counsel. | 0.40 | 500.00 /hr | 200.00 |
| 04/28/16 | MVM | Returning calls from class members. | 0.30 | 500.00 /hr | 150.00 |
| 04/28/16 | MVM | Telephone call with Plaintiff. | 0.30 | 500.00 /hr | 150.00 |
| 04/29/16 | MVM | Telephone call with representative of Community Legal Services in Philadelphia calling on behalf of several class members. | 0.30 | 500.00 /hr | 150.00 |
| 05/02/16 | MVM | Receipt of opt-out; note to file. | 0.20 | 500.00 /hr | 100.00 |
| 05/04/16 | MVM | Email from defense counsel regarding class member who called; returned call to class member. | 0.30 | 500.00 /hr | 150.00 |
| 05/10/16 | MVM | Telephone call with class members. | 0.50 | 500.00 /hr | 250.00 |
| 05/13/16 | MVM | Telephone call with class members. | 0.70 | 500.00 /hr | 350.00 |
| 06/01/16 | MVM | Checking status of returned mail, new addresses, re-mailing, etc. | 0.70 | 500.00 /hr | 350.00 |
| 06/08/16 | MVM | Telephone call with class members. | 0.50 | 500.00 /hr | 250.00 |

WARN ACT CASES - REFERRED                          Invoice# 45472          Page 19

| 06/13/16 | MVM | Telephone call with class members. | 0.50 | 500.00 /hr | 250.00 |
| 06/15/16 | MVM | Checking status of returned mail, new addresses, re-mailing, etc. | 0.50 | 500.00 /hr | 250.00 |
| 06/23/16 | MVM | Email with defense counsel regarding opt-outs. | 0.30 | 500.00 /hr | 150.00 |
| 06/30/16 | MVM | Email to defense counsel with updated information regarding opt-outs. | 0.30 | 500.00 /hr | 150.00 |
| 07/12/16 | MVM | Telephone call with class members. | 0.50 | 500.00 /hr | 250.00 |
| 07/20/16 | MVM | Email with defense counsel regarding upcoming report due to Court; review draft submission to Court. | 0.30 | 500.00 /hr | 150.00 |
| 09/06/16 | MVM | Begin work on Motion for Final Approval and Motion for Approval of Attorneys Fees and supporting declaration and other papers. | 2.50 | 500.00 /hr | 1,250.00 |
| 09/07/16 | MVM | Continue to work on Motion for Final Approval and Motion for Approval of Attorneys Fees and supporting declaration and other papers. | 4.00 | 500.00 /hr | 2,000.00 |
| 09/08/16 | MVM | More work on Motion for Final Approval and Motion for Approval of Attorneys Fees and supporting declaration and other papers. | 5.00 | 500.00 /hr | 2,500.00 |
| 09/09/16 | MVM | Work on Motion for Final Approval and Motion for Approval of Attorneys Fees and supporting declaration and other papers. | 3.00 | 500.00 /hr | 1,500.00 |

|  |  |  | -------- |  | --------------- |
|  |  | For professional services rendered | 241.90 |  | $121,475.00 |

WARN ACT CASES - REFERRED                         Invoice# 45472          Page 20

## ATTORNEY SUMMARY

| Attorney | Hours | Hrly Rate | Amount |
|----------|-------|-----------|--------|
| Olsen, Mary Elizabeth | 18.50 | 550.00 | $10,175.00 |
| McCrary, M Vance | 221.40 | 500.00 | $110,700.00 |
| Tufts, David C. | 2.00 | 300.00 | $600.00 |

| | | Additional charges: | | |
|---|---|---|---|---|
| 07/01/15 | MEO | Clerk, U S District Court - Pennsylvania; Payment for Pro Hac Vice Fee for M. Olsen. | | 40.00 |
| 07/01/15 | MVM | Clerk, U S District Court - Pennsylvania; Payment for Pro Hac Vice Fee - M. V. McCrary. | | 40.00 |
| 07/14/15 | | Federal Express; Federal Express charge for shipment on 07/02/15 to Michael R. Miller, Esq., Philadelphia, PA | | 23.90 |
| 07/21/15 | | PACER Service Center for copies made during the period of 04/01/15 - 06/30/15. | | 3.50 |
| 07/28/15 | | Federal Express; Federal Express charge for shipment on 07/17/15 to Eastern District of Pennsylvania. | | 24.13 |
| 08/25/15 | | Photocopies (22 @ $0.10 each) | | 2.20 |
| 08/31/15 | DCT | Payment to Lexis Nexis for research for invoice #1508007294. | | 210.59 |
| 09/30/15 | | Photocopies - Pacer Service Center for copies made during the period of 07/01/15 - 092/30/15. | | 12.10 |
| 09/30/15 | | Photocopies - Pacer Service Center for copies made during the period of 07/01/15 - 09/30/15. | | 10.30 |
| 10/16/15 | MVM | Freedom Litigation Support; Payment for service of subpoena to Clint Eisenhower PA Dept. of Human Services. | | 145.00 |
| 12/02/15 | MVM | Federal Express; Federal Express charge for shipment on 11/19/15 to Ashley White, Philadelphia, PA. | | 15.18 |
| 12/02/15 | MVM | Federal Express; Federal Express charge for shipment on 11/19/15 to LaQuisha Harris, Philadelphia, PA. | | 15.18 |

WARN ACT CASES - REFERRED                              Invoice# 45472              Page 21

| Date | | Description | Amount |
|---|---|---|---|
| 12/31/15 | | Photocopies - Pacer Service Center for copies made during the period of 10/01/15 - 12/31/15. | 5.70 |
| 12/31/15 | | Photocopies - Pacer Service Center for copies made during the period of 10/01/15 - 12/31/15. | 1.70 |
| 01/07/16 | MVM | Paul L Jernigan, CPA; Payment for Professional services for Analysis. | 765.00 |
| 01/07/16 | MVM | Legalimaging, LLC; Payment for Professional services for Hosting/Data Processing. | 441.00 |
| 01/31/16 | MVM | Payment to American Express for flight on Delta Air Lines from Mobile, AL to Atlanta Hartsfield to Philadelphia International to Atlanta Hartsfield to Mobile, AL  Departure 01/27/16 | 864.70 |
| 01/31/16 | | Payment to Lexis Nexis for research for invoice #1601007158. | 139.53 |
| 02/11/16 | | Postage (1 Letter @ $1.42) | 1.42 |
| 02/11/16 | | Postage (2 Letters @ $7.57 each) | 15.14 |
| 02/11/16 | | Photocopies (1,188 @ $0.10 each) | 118.80 |
| 02/29/16 | MVM | Payment to American Express for Travel/Cab Fare with Freedom, Philadelphia, PA on 01/27/16. | 36.06 |
| 02/29/16 | MVM | Payment to American Express for Travel/Lodging @ Hotel Monaco, Philadelphia from 01/27/16 to 01/28/16. | 370.24 |
| 02/29/16 | MVM | Payment to American Express for meal expense @ Phil-D-Jetrock Grill on 01/29/16. | 33.19 |
| 02/29/16 | MVM | Payment to American Express for meal expense @ TGI Fridays, Atlanta, GA on 01/27/16. | 21.48 |
| 02/29/16 | MVM | Payment to American Express for meal expense @ Quizno's, Mobile, AL on 01/27/16. | 8.08 |
| 02/29/16 | MVM | Payment to American Express for meal expense @ Atlanta Airport on 01/28/16. | 19.20 |
| 02/29/16 | MVM | Payment to American Express for Excess Baggage on flight on Delta Air Lines on 01/29/16. | 35.00 |
| 02/29/16 | MVM | Payment to American Express for flight on Delta Air Lines from Philadelphia International to Atlanta Hartsfield to Mobile, AL  Departure 01/28/16 | 340.00 |

WARN ACT CASES - REFERRED                    Invoice# 45472              Page 22

| Date | | Description | Amount |
|---|---|---|---|
| 03/24/16 | MVM | Legalimaging, LLC; Payment for Professional services for Hosting Monthly; Hibernated Site Feb/Mar/Apr '16 | 273.00 |
| 03/31/16 | | Pacer Service Center for copies made during the period of 1/1/16 - 3/31/16. | 8.70 |
| 05/09/16 | MVM | Legalimaging, LLC; Payment for Professional services for Hibernated Site from May - October 2016 | 300.00 |
| 05/09/16 | MVM | Federal Express; Federal Express charge for shipment on 04/18/16 to Hon Nitza I. Quinones-Alejand. | 25.26 |
| 05/31/16 | | Payment to Lexis Nexis for research for invoice #1605007082. | 234.42 |
| 07/12/16 | | Pacer Service Center for copies made during the period of 4/01/16 to 6/30/16. | 0.70 |
| 07/12/16 | | Postage (1,589 Letters @ $0.485 each) | 738.89 |
| 07/12/16 | | Envelopes (1,589 @ $0.20 each) | 122.35 |
| 07/12/16 | | Photocopies (9,152 @ $0.10 each) | 915.20 |
| 08/25/15 | | Postage (11 Letters @ $0.485 each) | 5.34 |

|  |  |
|---|---|
| Total costs | $6,382.18 |

|  |  |
|---|---|
| Professional services | $121,475.00 |
| Total costs | $6,382.18 |
| Total amount of this bill | $127,857.18 |
| Previous balance | $0.00 |
| Balance due | $127,857.18 |

**Please make all checks payable to The Gardner Firm, P.C.**

## LANKENAU & MILLER, LLP
ATTORNEYS AT LAW
132 NASSAU STREET, SUITE 1100
NEW YORK, N.Y. 10038

TELEPHONE (212) 581-5005
FACSIMILE (212) 581-2122
www.lankmill.com

STUART J. MILLER
DIRECT DIAL (212) 581-5003
sjm@lankmill.com

September 19, 2016

Re: <u>Infinite Care Inc. -SJM Time</u>

| Date | Description | Time |
|------|-------------|------|
| 3/24/15 | Telephone conference with former employee re: facts surrounding layoffs from nursing home facility. Research re: company status, facility, and single employer issues. Prepare retainer agreement. | 1.0 |
| 3/25/15 | Telephone conference with former employee re: layoffs, potential WARN Act claim, class representation review, emails, notices and other docs relating to Infinite Care. | 1.2 |
| 3/25/15 | Revised Retainer Agreement. Sent to former employee. | 0.2 |
| 3/26/15 | Conduct additional research about the company. T/C with additional employees. | 0.3 |
| 3/31/15 | Received email from Richard Kravets (Infinite Care Management) re; Office Closure letter & the written notice to PA DOL. Spoke to Mary regarding same. | 0.2 |
| 4/01/15 | Review completed Retainer Agreement and questionnaire from L. Harris (class rep). | 0.1 |
| 4/06/15 | Telephone conference with local counsel, Jim Hugget re: conflict check local counsel retainer, and case filing. T/C with client re: same. | 0.6 |
| 4/06/15 | Draft Complaint and edit same. 1.7 | |
| 4/07/15 | Sent out complaint to Local Counsel to file. | 0.1 |

LANKENAU & MILLER LLP

| | | |
|---|---|---|
| 4/09/15 | Updated class reps that the complaint has been filed. | 0.1 |
| 4/09/15 | T/C with M. Olsen regarding Philadelphia WARN Act. | 0.3 |
| 4/13/15 | Prepare pro hac vice motion and send to local counsel to file. | 0.1 |
| 4/13/15 | Send additional class reps Filed Complaint | 0.1 |
| 4/13/15 | Research regarding company executives for service | 0.2 |
| 4/17/15 | Review email sent to class rep from Infinite Care | 0.2 |
| 6/3/15 | Review email from J. Hugget re: counsel requesting discussion re: Contested service on WARN complaint. T/C w/ Co-counsel re: same. | 0.2 |
| 6/4/15 | T/C w/ co-counsel and defense counsel re: extension of time and facts underlying the case | 0.4 |
| 6/5/15 | Review email from local counsel: re: order of default for Defendants. T/C w/ defense counsel and co-counsel re: same | 0.1 |
| 6/9/15 | Review email from V. McCrary re: four week extension to defense Counsel agreed to. T/C w/ co-counsel re: same. | 0.1 |
| 6/11/15 | Review Order re: approved stipulation allowing defense extension. | 0.1 |
| 6/23/15 | Review email from class rep re: email from Infinite care re: paychecks T/C w/ V. McCrary re: same. | 0.2 |
| 7/16/15 | Review email from M. Olsen re: initial disclosures filed. | 0.1 |
| 7/21/15 | Send copy of Closing Letter to V. McCrary. T/C with him re: same | 0.3 |
| 8/03/15 | Update class rep re: case | 0.3 |
| 8/14/15 | Attempt to contact class rep via email. | 0.1 |
| 8/17/15 | Update to local counsel on A. White. | 0.1 |
| 10/26/15 | Mail pro hac vice papers directly to DE (Mr. Michael Miller) to file | 0.1 |
| 10/28/15 | Update J. Rodriguez on status | 0.3 |
| 11/18/15 | Review email V. McCrary re: letters dropping two plaintiffs | 0.1 |

LANKENAU & MILLER LLP

| | | |
|---|---|---|
| 12/01/15 | Arranged call between V. McCrary and A. White re: update on case | 0.1 |
| 1/22/16 | T/C w/ V. McCrary start preparation for mediation | 1.6 |
| 1/25/16 | T/C w/ V. McCrary RE: issues for mediation | 0.6 |
| 1/26/16 | Preparation for mediation | 4.0 |
| 1/27/16 | Travel to Philadelphia mediation | 1.75 |
| 1/28/16 | Mediation | 5.0 |
| 1/28/16 | Travel from mediation | 1.75 |

**Total:   22**
**Hourly:  $695**

**SJM Total Time Amount: $15,290.00**

**Costs**

| | |
|---|---|
| Amtrak Philadelphia, PA | $110.00 |
| Hotel Monaco Philadelphia, PA | $270.69 |
| Cab, Philadelphia, PA | $8.57 |
| Cab Philadelphia, PA | $12.49 |
| Meal expenses Philadelphia, PA | $21.10 |
| Filing fee | $400.00 |
| Courier service | $29.86 |
| Pro hac vice admission fee | $40.00 |
| Service fee re complaint | $100 |
| Courier service | $22.50 |

LANKENAU & MILLER LLP

**SJM Total Cost Amount: $1,015.21**

**Total: $16,305.21**